NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1555, -1574

MARS INCORPORATED and MEI, INC.,

Plaintiffs-Cross Appellants,

v.

JCM AMERICAN CORP. and JAPAN CASH MACHINE CO., LTD.,

Defendants-Appellants.

Appeals from the United States District Court for the District of New Jersey
in case no. 05-CV-3165, Judge Robert B. Kugler.

ON MOTION

## O R D E R

Upon consideration of the unopposed motions (1) for an extension of time, until January 19, 2010, for the cross-appellants to file their opening brief, and (2) for leave to withdraw Edmond R. Bannon as principal counsel and to substitute Michael T. Renaud as principal counsel for the cross-appellants,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

DEC 2 9 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Edmond R. Bannon, Esq.
Michael T. Renaud, Esq.
David B. Abel, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 9 2009

JAN HORBALY
CLERK